Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
COLORCON INC.

        Plaintiff,

  - against -

A.P. MOLLER – MAERSK A/S; BDP
TRANSPORT LLC and BNSF RAILWAY
COMPANY

        Defendant.
-------------------------------------------------------X

08 Civ. 00425

**FRCP RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, COLORCON INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

Colorcom is a privately owned company with no publicly traded parents, subsidiaries or affiliates.

Dated: New York, New York
      January 14, 2008

                                      CASEY & BARNETT, LLC
                                      Attorneys for Plaintiff

                By: _____
                                      Martin F. Casey (MFC-1415)
                                      317 Madison Avenue, 21st Floor
                                      New York, New York 10017
                                      (212) 286-0225