```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
COLORCON, INC.

        Plaintiff,

   - against -

A.P. MOLLER-MAERSK A/S et al.

        Defendants
------------------------------------------------------X

08 Civ. 425 (PKC)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      April 1, 2008
      115-895

                                    CASEY & BARNETT, LLC
                                    Attorneys for Plaintiff

                              By: _____
                                  Martin F. Casey (MFC-1415)
                                  317 Madison Avenue, 21st Floor
                                  New York, New York 10017
                                  (212) 286-0225

SO ORDERED:
_____
U.S.D.J.

4-1-08